SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson, <br>      Plaintiff, <br>   vs. <br> Baldip Singh Aujla, et al, <br>      Defendants | Case No. **2:11-cv-02571-JAM-JFM** <br><br> **ORDER RE: REQUEST FOR DISMISSAL** |

    IT IS HEREBY ORDERED THAT this action is hereby dismissed With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: December 2, 2011

                                  /s/ John A. Mendez_____
                                  U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com