1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:11-cv-02571-JAM-JFM**
13  Scott N. Johnson                )
                                    ) **ORDER RE: REQUEST FOR DISMISSAL**
14          Plaintiff,              )
                                    )
15      vs.                         )
                                    )
16  Baldip Singh Aujla, et al,      )
                                    )
17          Defendants              )
                                    )
18                                  )
                                    )
19  _____ )

20

21      IT  IS  HEREBY  ORDERED  THAT  this  action  is  hereby

22  dismissed With Prejudice pursuant to Rule 41(a)(1) of the

23  Federal Rules of Civil Procedure.

24

25  Date: December 2, 2011

26                          /s/ John A. Mendez_____

27                          U. S. District Court Judge

28

                    PROPOSED ORDER RE REQUEST FOR DISMISSAL

                       CIV: S-11-cv-02571-JAM-JFM- 1

PDF created with pdfFactory trial version www.pdffactory.com